MEMORANDUM OPINION

No. 04-07-00029-CV

IN RE GLOBAL ENTERPRISES a/k/a EGlobal and Jonathan P. Stolmeier

Original Mandamus Proceeding (1)




PER CURIAM



Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion , Justice

 Steven C. Hilbig , Justice



Delivered and Filed: January 19, 2007



PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relators' petition for a writ of mandamus and motion for immediate temporary relief and is of the
opinion that relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relators' petition for a writ of mandamus and
motion for immediate temporary relief are denied.

 PER CURIAM

1. This proceeding arises out of Cause No. 2006-CI-13868, styled Global Enterprises a/k/a EGlobal and Jonathan P.
Stolmeier v. Incell, Inc., LLC, et al., pending in the 166th Judicial District Court, Bexar County, Texas.